NUMBER
13-11-00131-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JON
CHRISTIAN SZMAGALSKI,                                                 Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 377th District Court

                                       of
Victoria County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

     Before
Chief Justice Valdez and Justices Rodriguez and Garza

                               Memorandum
Opinion Per Curiam

 








Appellant,
Jon Christian Szmagalski, by and through his attorney, has filed a motion to
dismiss his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.  Any pending motions are
dismissed as moot.

PER CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 25th 

day of August, 2011.